UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE BURNS,<br><br>                              Plaintiff,<br><br>-against-<br><br>SHANNON GRIFFIN, COUNTY LAW 18TB ATTORNEY, BRONX, NEW YORK,<br><br>                              Defendants. | 25 CIVIL 6856 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the August 21, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   August 21, 2025

             New York, New York

                                             /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                             Chief United States District Judge